UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

REGINALD COLLINS,              :
    Plaintiff,                 :
                               :
    v.                         : File No. 2:04 CV 349
                               :
COMMISSIONER OF SOCIAL SECURITY, :
    Defendant.                 :

ORDER

      The Report and Recommendation of the United States Magistrate Judge was filed May 6, 2010. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

      The plaintiff's motion for judgment (Doc. 15) is **GRANTED** and a final judgment affirming the ALJ's September 27, 2006 decision that plaintiff was disabled as of December 26, 2004 shall be issued. It is further ordered that plaintiff's EAJA Application (Doc. 11) is **HELD IN ABEYANCE** until the judgment is filed and the 60 day appeal period expires. After the 60 day appeal period expires, the United States Magistrate Judge shall submit a report and recommendation addressing the merits of the EAJA application

Dated at Burlington, in the District of Vermont, this 4th day of June, 2010.

/s/ William K. Sessions III
William K. Sessions III
Chief Judge
U.S. District Court